# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ROSALIE HAKIM a/k/a ROSALIE ANSARA and AMEEN RAJI HAKIM a/k/a AMEEN HAKIM,<br><br>Plaintiffs<br><br>v.<br><br>PHH Mortgage Corporation,<br><br>Defendant. | Case No. 3:13-cv-1377-J-39JRK |

## AFFIDAVIT AS TO ATTORNEY'S FEES

**STATE OF FLORIDA**
**COUNTY OF DUVAL**

      **BEFORE ME**, the undersigned authority, on this 27th day of May, 2014, personally appeared Austin T. Brown, who, being first duly sworn deposes and says:

1. My name is Austin Brown. I am an associate with the law firm of Parker & Dufresne, P.A. (the "Firm") and am authorized to execute this affidavit on behalf of the Firm. I am licensed to practice law in the State of Florida and have been a member in good standing of the Florida Bar since 2012.

2. I am the attorney for the Plaintiffs, Rosalie Hakim and Ameen Hakim (the "Clients"), in the present action, and have personal knowledge of the facts set forth herein.

3. The Firm has incurred the legal fees of $1,957.00 and costs of $451.00 as shown in "Exhibit A" attached hereto, for a total of $2,408.00.

4. The attached exhibits reflect the number of hours of legal services which have been provided to the Client in this case, which total 7.3 hours attorney time and .3 hours paralegal time. Reasonable hourly rates for the foregoing services are: $265.00 for Austin Brown, $75.00 per hour for paralegal Lauren McLeod.

**FURTHER AFFIANT SAYETH NOT.**

_____
**Affiant: Austin Brown**
**Florida Bar No. 96633**

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 27th day of May, 2014, Austin Brown, who is personally known to me.

_____
Notary Public, State of Florida



CATHERINE E. TATUM
Commission # EE 062318
Expires February 21, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

**PARKER DUFRESNE, PA**
Attorney at Law

8777 San Jose Blvd
Ste. 301
Jacksonville, FL 32217
(904) 733-7766

# Exhibit A

Rosalie Hakim and Ameen Hakim
707 1st Street South #204
Jacksonville, Florida 32250

### Invoice

| | | |
|---|---|---:|
| Partner | $ | 350.00 |
| Attorney | $ | 265.00 |
| Paralegal | $ | 75.00 |

| Date | Staff | Service | Hours | Subtotal |
|---|---|---|---|---|
| 10/2/2013 | LM - paralegal | Spoke to client about facts in complaint and drafted email to attorney for review | 0.30 | $22.50 |
| 11/5/2013 | ATB - attorney | Drafting Complaint | 1.60 | $424.00 |
| 1/29/2014 | ATB - attorney | Drafting Motion for Clerk's Default | 0.50 | $132.50 |
| 2/24/2014 | ATB - attorney | Drafting Motion for Default Judgment | 1.20 | $318.00 |
| 3/17/2014 | ATB - attorney | Reviewing Court's Order on Motion for Default | 0.10 | $26.50 |
| 5/1/2014 | ATB - attorney | Reviewing Court's 2nd Order on Motion for Default | 0.20 | $53.00 |
| 5/12/2014 | ATB - attorney | Drafting Motion for Extension of Time to file Supplemental Memo re Default Final Judgment | 0.30 | $79.50 |
| 5/23/2014 | ATB - attorney | Drafting Supplemtal Memo re Default Final Judgment | 3.40 | $901.00 |
| 11/5/2013 | | M.D. Fla. filing fee | | $400.00 |
| 11/5/2013 | | Service of process | | $40.00 |
| | | Printing and postage | | $11.00 |

**TOTAL**    $2,408.00