UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROSALIE HAKIM a/k/a ROSALIE
ANSARA and AMEEN RAJI HAKIM
a/k/a AMEEN HAKIM,

                    Plaintiffs,                  Case No. 3:13-cv-1377-J-39JRK

v.

PHH MORTGAGE CORPORATION,

                    Defendant.
_____/

**AFFIDAVIT OF LYNN DRYSDALE AS TO REASONABLE ATTORNEY'S FEES**

**STATE OF FLORIDA**
**COUNTY OF DUVAL**

        BEFORE ME, the undersigned authority, on this _27th_ day of May, 2014 personally appeared LYNN DRYSDALE, ESQUIRE, who after being duly sworn, deposes and says:

    1. My name is Lynn Drysdale. I am the Consumer Law Unit Head with the Jacksonville Area Legal Aid and an attorney authorized to practice in the courts of the State of Florida. I have been a member in good standing of the Florida Bar since 1985.

    2. I am familiar with the type of work and time required in similar suits involving Fair Debt Collection Practices Act and Florida Consumer Collection Practices Act violations, and I am familiar with the difficulties of the questions involved, of the skill required to perform the required legal services properly and other aspects of this and similar litigation. Specifically, I have been involved hundreds of consumer cases statewide, and represented consumers nationwide in individual and class cases. For further qualification, I have attached a copy of my resume as Attachment "A."

    3. I have examined the file in the above-referenced case, including but not limited to, time and billing records, pleadings, correspondence, and notes.

4. I have reviewed the time spent by Austin Brown, the attorney representing the Plaintiffs, and I confirm the time spent and hourly rates to be reasonable.

5. I am aware of the Lodestar process that the Court is to apply in determining the number of hours and the total fee to be set in this case.

6. I have formed an opinion as to a reasonable attorneys' fees for the Plaintiffs' attorney based upon consideration of the following factors as to Austin Brown:

a. The time and labor required, the novelty, complexity, and difficulty of the questions involved, and the skill requisite to perform the legal service properly: This case is relatively simple with respect to these considerations. The simplicity of this case is reflected by the relatively low amount of attorney time spent on the case.

b. The likelihood that the acceptance of the particular employment would preclude other employment by this lawyer: Consumer protection consumes a large amount of the firm's resources. Parker & DuFresne, P.A. currently employs approximately twenty (14) people in a 4000 square foot law office. It is physically impossible to expand the size of this operation to accommodate every potential client, and as a result, Chip Parker and Patricia Parker frequently reject potential consumer cases for this reason. Therefore, the acceptance of this particular case does contribute to preclusion of accepting other employment.

c. The fee customarily charged in the locality for similar legal services: Based on my knowledge and experience, available court orders, opinions, and such, $200 to $300 per attorney hour is the common theme for FDCPA and FCCPA consumer cases in this locality. See, e.g., Titus v. Commercial Recovery Sys's, Inc., No. 8:13-cv-00567-T-27AEP, *4 (M.D. Fla. Jan. 7, 2014) (finding $200 to $350 per attorney hour and $100 per paralegal hour reasonable for an FDCPA and FCCPA case); Bauer v. Midland Credit Mgmt., Inc., No. 8:12-CV-614-T-23TGW, 2012 WL 6733649, *4 (M.D. Fla. Dec. 4, 2012) (finding $300 per hour to be reasonable, and noting supporting case law: "a reasonable hourly rate for FDCPA cases in this district ranges from $200 to $300"); Hepsen v. J.C. Christensen & Assoc's, 394 Fed. App'x 597, 598 (M.D. Fla. 2010) (upholding a magistrate judge's finding of $300 per hour for an FDCPA case); Stone v. Nat'l Enter. Sys's, No. 6:08-cv-1523-Orl-22GJK, 2009- WL 3336073, *3 (M.D. Fla. Oct. 15, 2009) (finding $225 to $300 reasonable for a multiple attorneys in and FDCPA case).

d. The nature and length of the professional relationship with the client: Although this case was filed in November of 2013, Mr. Brown has worked in the clients' foreclosure case since July of 2012. The present case stemmed from the foreclosure, which contributes to the efficiency of the amount of time expended, as there was no need to spent time gathering contextual information. Thus, each unit of time spent was more valuable.

   e. <u>The experience, reputation and ability of the lawyer or lawyers performing the services</u>: Mr. Brown was licensed in May of 2012, and has practiced for two years. While this is a short period of time, he has focused almost entirely on consumer cases, has attended continuing education courses/seminars, and has been given great autonomy in his firm. Mr. Brown has successfully maintained 33 of these cases on his own, but with help of Patricia Parker and Chip Parker when needed. These cases have varied in complexity from simple, single defendant cases to cases with three defendants. As further example, Mr. Brown is currently maintaining a class action in the Middle District, with Varnell & Warwick, P.A., as co-counsel. Mr. Brown has successfully responded to numerous motions to dismiss in these cases, conducted many depositions, conducted much discovery, and so on. Mr. Brown attended the highly regarded weekend-long Peter Barry FDCPA Boot Camp in Minnesota, attended many seminars on consumer cases, and attends meetings with Jacksonville consumer law authorities such as Lynn Drysdale and Jim Kowalski.

   Mr. Brown has worked on hundreds of foreclosure cases, conducted 6 foreclosure trials, and over 20 summary judgment hearings. These foreclosure cases have involved counter-claims and third-party claims. Mr. Brown's employer, Parker & DuFresne is regarded as one of the top consumer firms in northeast Florida, and Mr. Brown has benefited from the guidance of Patricia Parker and Chip Parker as needed.

   f. <u>Whether the fee is fixed or contingent</u>: The fee contract with the client is a purely contingent contract.

   g. <u>The amount involved and the results obtained</u>:

  7. Based upon the above factors and my review of the file in this case, it is my opinion that a reasonable amount of time to spend on this action is 7.3 hours for an attorney and .3 hours for a paralegal, that a reasonable hourly rate is $265.00 per hour for attorney and $75.00 per hour for a legal assistant, and a reasonable fee for all services rendered in this case is $1,957.00.

FURTHER AFFIANT SAYETH NOT.

_____

Affiant:  Lynn Drysdale
Florida Bar No.: 508489

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 27th day of May 2014 ,
2014, LYNN DRYSDALE, who is personally known to me.

_____
Notary Public, State of Florida

_____
Printed Name
Notary Public, State of Florida

KAREN Y. WEAVER
Commission # EE 022570
Expires September 4, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

# CURRICULUM VITAE
## Lynn Drysdale

**STAFF ATTORNEY:**

**Jacksonville Area Legal Aid, Inc.,** 1988 to present.

**Florida Legal Services, Inc.,** 1996 to 2003

**Admitted to Practice** State of Florida, Middle District of Florida, 11th Circuit Court of
   Appeals

**ADJUNCT PROFESSOR:**

**University of Florida, College of Law,** Consumer Law Class, Fall of 2009, 2010, 2011, 2012, 2013

**Florida Coastal School of Law,** Consumer Transactions, Spring Of 2013

**Professional Memberships and Affiliations**

   Immediate Past Chair, Florida Bar Consumer Protection Law Committee, 2008, 2009,
     2010 (vice chair), 2011-2012 (chair), 2013, 2014

   Member Florida Bar Small Claims Rules Committee,   2007, 2008, 2009, 2010, 2011,
     2012, 2013

   Board of National Association of Consumer Advocates,   1998 - 2000, 2006, 2007, 2008,
     Co-Chairman of the Board 2008 - 2012

   Member Jacksonville Bankruptcy Bar Association, Member of Board of Directors,
     2004, 2005, 2006 and 2007, 2009, 2011, President 2008, Chairwoman 2010

   Member Florida Legal Services Consumer Work Group, 1988 - 2012,
     Chairperson, 1991, 1992, 1997, 1998, 2002, 2003, 2004, 2005, 2006

   Member and Chairperson Florida Consumer Law Task Force 2001 - 2011

   Licensed County Court Mediator

   Member The Florida Bar Fourth Judicial Circuit Grievance Committee, 2000, 2001, 2002

**Testimony to Federal Governmental Agencies and Federal Legislative Bodies**

   Testified before the Florida Attorney General and the National Mortgage Settlement
     Monitor at a workshop held in Orlando, Florida , March 15, 2013

   Testified, Mortgage Servicing Policy Briefing for the CFPB, FDIC, OCC and FTC
     sponsored by the National Consumer Law Center:   A Report from the Field, July
     16, 2012

   Testified before the United States Senate Banking, Housing and Urban Affairs Committee,
     July 19, 2011 hearing " Enhanced Consumer Financial Protections, After the
     Financial Crisis"

   Panelist by Invitation, Federal Trade Commission Workshop, Washington D.C.,
     Protecting Consumers in Debt Collection Litigation and Arbitration,
     December 4, 2009

   Panelist by Invitation, Federal Trade Commission Workshop, Washington D.C.,
     Collecting Consumer Debts - The Challenges of Change, Debt Collection
     Litigation: Current Issues, October 11, 2007

Testified before the United States Senate Banking, Housing and Urban Affairs Committee, hearing " Review of the Department of Defense's Report on Predatory Lending Practices Directed at Members of the Armed Forces and Their Dependants," September 14, 2006

Presenter Conference of State Bank Supervisors and National Association of Consumer Credit Administrators Pay Day Lending Regulator Summit, 2004

Speaker by invitation, Federal Reserve Board hearing regarding the Home Ownership Equity Protection Act hearing, Atlanta, Georgia, June 5, 1997

## Sample of Publications and Presentations

Contributing writer for National Consumer Law Center, Consumer Publications, 1998, 1999, 2000, 2001, 2002, 2004, 2008, 2010

Contributing writer for National Association of Consumers Advocates 1999, 2000, 2001, 2002, 2003, 2009

Contributing writer for Consumer Financial Services Law Report 1999, 2000

Trainer National Consumer Law Center Annual Conference 1997, 1998, 1999, 2001, 2003, 2005, 2007, 2009, 2011 and 2012

Law Review Article: The Two-Tiered Consumer Financial Services Marketplace: The Fringe Banking System and its Challenge to Current Thinking About The Role of Usury Laws in Today's Society, South Carolina Law Review Volume 51, Spring 2000, Number 3

Trainer Practising Law Institute Consumer Financial Services Litigation Training, 2002, 2007

Presenter Twelfth Annual Seminar Jacksonville Bankruptcy Bar, 2004

Presenter Eighth Annual Florida Neighborhoods Conference, September 17, 2004 and 2006, Economic Empowerment Consumer Savvy for Neighborhoods

Trainer Consumer Law Seminar - A Day of Consumer Law Training for Judge Advocates, Legal Officers and Senior Leadership, Naval Air Station Jacksonville. February, 2005 and 2007

Presenter Housing Partnership of Jacksonville's Housing Roundtable, Predatory Lending February, 2005

Presenter Navy - Marine Corps Relief Society Mayport - Professional Development Day, Consumer Scams Targeting the Military, March, 2005

Presenter Consumer Federation of America, Consumer Assembly, Washington, D.C. Consumer Abuses Against the Military, March 2005, 2007

Presenter and Panelist, Addressing Predatory Lending Abuses, Florida Bar Continuing Education Seminar, 2005 - Liability of "Fringe" Lenders: Payday Loans, Refund Anticipation Loans, etc. and Panel Discussion: Legislative Initiatives to Combat Predatory Lending

Presenter The Mayor's Victim Assistance Advisory Council – Fall Forum - Crimes of the 21st Century, September, 2005

Organizer and Presenter Naval Legal Service Office Southeast, Jacksonville Consumer

Law Symposium, October, 2005

Trainer Safeguarding the Consumer and Housing Client in 2006, Florida Legal Services, "Foreclosure Assistance Scams and Equity Skimming," January, 2006

Presenter, The Eleventh Annual Consumer Financial Services Litigation Institute Training, "Fringe Lending, Litigation and Legislative Updates,"New York City, New York, March, 2006

Trainer, The Florida Bar's Consumer Law Symposium, "Legal Aid Advocates' Perspective and Experience in Consumer Protection Cases," Tallahassee, Florida, May, 2006

Panelist, Law Matters, WUFT, televison broadcast on March 29, 2007 - pay day lending

National Association of Consumer Bankruptcy Attorneys Annual National Seminar, Philadelphia, PA, Representing Members of the Military and their Families, April 21, 2007

Trainer, Consumer Law Issues for the Navy JAG and civil service attorneys stationed at Naval Station Mayport, Jacksonville Naval Air Station and Naval Submarine Base Kings Bay, May 2, 2007

Panelist by Invitation, WJCT's First Coast Forum television broadcast "Mortgaging the

American Dream,". July 26, 2007

Trainer, National Consumer Law Center, Mortgage Seminar, St. Louis, Missouri, September, 2007

Co-Authored nationwide pay day lending ordinance manual "Controlling the Growth of Pay Day Lending Through Local Ordinances and Resolutions" November, 2007, updated March, 2010 and October, 2012

Panelist by Invitation, Askew Institute "Consumer Protection in the Digital Age," March 17, 2008

Presenter by Invitation, Governor's HopeNow Mortgage Task Force, March 19, 2008

Trainer, National Consumer Law Center, Fair Debt Collection Practices Act Seminar, Nashville, Tennessee, March 27, 28 and 28, 2008

Trainer, Nassau County Bar Association Pro Bono Mortgage Foreclosure Panel, June 5, 2008, July 10, 2008

Presenter, Florida Attorney General Consumer Issues Training, June 18, 2008

Trainer, Southeast Regional Legal Services Officers Training Symposium, August 7, 2008, Federal Fair Debt Collection Practices Act and other collection issues

Panelist, Florida Dispute Resolution Conference: Mediation and Justice for All, Ethics Plenary: Justice, Fairness, & Ethic in Mediation, August 30, 2008

Trainer, National Consumer Law Center Consumer Law Litigation Conference, Predatory Lending and the Military and Evidentiary Issues in Federal Fair Debt Collection Practices Act Litigation, October, 2008

Organizer and Presenter, Sixteenth Annual Jacksonville Bankruptcy Bar Association Seminar, October 31, 2008

Trainer, AARP, The National Legal Training Project, Representing Victims of Abusive Debt Collection Practices, Washington, D.C., December 5, 2008.

Developed and presented a Truth in Lending Webinar for the Florida Attorneys Saving Houses program, January, 2009

Presenter FHA's Loss Mitigation Program, Florida Foreclosure Law/Foreclosure
    Timeline, March 12, 2009.

Trainer, Jacksonville Bar Association's Defending Foreclosures in Florida, Florida
    Coastal School of Law, March 27, 2009.

Trainer, Jacksonville Area Legal Aid, Saving Homes and Protecting Income, April
    17, 2009

Presenter, Jacksonville Human Rights Commission's Passport to Fair Housing,
    Predatory Lending, April 18, 2009

Trainer, Jacksonville Bar Association Elder Law Section Seminar "Current Issues in Elder
    Care from the Legal Perspective" April 22, 2009

Presenter, Eleventh Circuit Judicial Conference of Federal Court Judges, April 30, 2009.

Presenter, Florida Bar Association, Consumer Protection Law Committee seminar
    "Representing Main Street" Mortgage Foreclosure Defense, June 26, 2009.

Panelist, WJCT's Facing the Mortgage Crisis 90 minute call-in televison program
    August 20, 2009,

Guest, WJCT's Facing the Mortgage Crisis 30 minute call-in radio program, August 21,
    2009

Trainer, National Consumer Law Center Consumer Law Litigation Conference,
    Four classes on Debt Collection , including the ABC's of debt collection, the
    Federal Fair Debt Collection Practices Act and other consumer protection litigation
    tools and strategies, October, 2009

Panelist by Invitation, Federal Trade Commission Workshop, Washington D.C.,
    Protecting Consumers in Debt Collection Litigation and Arbitration,
    December 4, 2009

Speaker by invitation, City of Jacksonville Task Force on Foreclosure, January 14, 2010

Trainer, Community Legal Services of Mid-Florida Defending Debt Collection Cases,
    Orlando, Florida, February 5, 2010

Speaker, Credit Reports and Fair Credit Reporting Rights, Deaf Rights Night, Duval
    County and Simulcast live to Crystal River, Florida for the Citrus/Marion County
    Hearing Impaired Programs, February 17, 2010

Trainer, Fourth Judicial Circuit Foreclosure Mediation Certification Training, February 19,
    2010

Speaker, National Consumer Law Center Fair Debt Collection Training Conference, How
    Debts are Collected, Developing a Fair Debt Legal Services Practice and Effective
    Legal Services Private Attorney Partnerships and the New LSC Fee Rules, March 5
    and 6, 2010

Trainer, Florida Foreclosure Law/Foreclosure Timeline, FHA's Loss Mitigation Program
    sponsored by federal HUD, May 21, 2010.

Trainer, The Jacksonville Bar Association and Federal Bar Association (Jacksonville
    Chapter) 2010 Ehrlich Nimmons Trial Advocacy Seminar, Mortgage Foreclosure
    Litigation: An Area You Can Not Seem to Escape, June 3, 2010.

Panelist, Residential Foreclosure Seminar, Sponsored by the Consumer Protection Law
    Committee of the Florida Bar, June 24, 2010

Trainer, Jacksonville Area Legal Aid, Inc. Mortgage Foreclosure Defense Series,
    Gainesville, Florida (August 13, 2010); Orlando, Florida (September 17, 2010);

–4–

Tallahassee, Florida (December 3, 2010); Pensacola, Florida (December 10, 2010); Naples, Florida (January 28, 2011); Fort Lauderdale, Florida (February 11, 2011); Melbourne, Florida (March 4, 2011); Miami, Florida (April 8, 2011); Jacksonville, Florida (June 17, 2011), Tampa, Florida, July 8, 2011, Key West, Florida (August 12, 2011), Gainesville, Florida (August 30, 2013), Daytona Beach, Florida (October 21, 2013)

Trainer, Private/Public Partnerships in Consumer Law - National Consumer Law Center January 19, 2011; September 7, 2012.

Trainer, Consumer Law Tips for Non-Consumer Lawyers, Florida Bar Public Interest Law Section, March 9, 2011

Trainer, Naval Justice School Legal Assistance Course, April 18, 2011 Newport, Rhode Island, UCC and Motor Vehicle Sales and Finance

Trainer, Florida Bar Foundation Internship Program, Mortgage Foreclosure Litigation, May 20, 2011

Trainer, Three Rivers Legal Services, Consumer Law for Pro Bono Attorneys, June 15, 2011

Trainer, National Consumer Law Center, Mortgage Foreclosure Litigation Conference, July, 2011

Trainer, Max Gardner's Bankruptcy Boot Camp, ABC's of the UCC, March 24, 2012

Trainer, 2012 Consumer Law Conference hosted by the University of Houston Law Center, Houston, Texas, "View from the Trenches- Practicing Consumer Law," May 18, 2012.

Presenter, The Florida Bar Consumer Protection Law Committee seminar "Significant Changes in Consumer Protection Law, " Orlando, Florida, June 21, 2012

Trainer, National Consumer Law Center, Mortgage Foreclosure presentations, October 25 and 26, 2012

Developer and Trainer, Florida Legal Services, Consumer Law Group Mortgage Foreclosure , Training, June 6 and 7, 2013

Developer and Trainer, Webinar, JALA and Florida Consumer Action Network, Changes to Florida Mortgage Foreclosure Laws - 2013 Session Overview, August 28, 2013

Developer and Trainer, Attorneys Fees and Legal Aid Attorneys, January 1, 2014, Florida Legal Services

Developer and Trainer, Webinar, CFPB and Amendments to Regulations X and Z, February 27, 2014

## Partial List of Class Certifications

Bennett v Coggin Cars, LLC, 2004-CA-2883
Hubbell v Sonic Payday, Ltd, et al. 2006-CA-6275
North Star Capital Acquisitions, LLC v. Krig, 3:07-cv-00264-TJC-MCR (consolidated with next three cases)
Capital One Bank v. Miller, 3:07-cv-00265-TJC-MCR
Capitol One Bank v. Livingston, 3:07-cv-00266-TJC-MCR
Capital One Bank v. Brannon, 3:08-cv-01016-TJC-MCR
McClure v. Avenue Motors, Ltd., 2007-CA-9207

Lankhorst v. Independent Savings Plan Company d/b/a ISPC, 3:11-cv-390-J-34JRK

**Awards Include:**

Community Service Award, D. W. Perkins Bar Association, Inc. October 4, 1997
Northeast Florida Consumer Council Consumer Advocate of the Year, 1999
The National Consumer Law Center's Vern Countryman Consumer Law Award,
    2001