UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROSALIE HAKIM a/k/a Rosalie Ansara,
and AMEEN RAJI HAKIM a/k/a Ameen
Hakim,

    Plaintiffs,

v.                                                Case No:  3:13-cv-1377-J-39JRK

PHH MORTGAGE CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 16), entered by the Honorable James R. Klindt, United States Magistrate Judge, on July 24, 2014. In the report, after a thorough and well-reasoned analysis, Magistrate Judge Klindt recommends Plaintiff, Rosalie Hakim be terminated from the case and her claims dismissed without prejudice. He also recommends that Plaintiff, Ameen Hakim's Motion for Entry of Court's Default Judgment (Doc. 8) be granted to the extent that Plaintiff, Ameen Hakim should recover from Defendant $3,392.00: $1000 in statutory damages; $1957 in attorney's fees; and $435 in costs. No objections to the Report and Recommendation were filed and the time to do so has passed.[1] Accordingly, the matter is ripe for review.

---

[1] Local Rule 6.02(a) of the Local Rules for the Middle District of Florida, United States District Court, directs that any objections to a report and recommendation be filed within fourteen days after service of the report and recommendation. See also 28 U.S.C. § 636(b)(1).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district judge must review legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. S. Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Report and Recommendation, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge. Accordingly, it is

**ORDERED:**

1.   The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED**.

2.   Plaintiff, Ameen Hakim's Motion for Entry of Court's Default Judgment (Doc. 8) is **GRANTED** to the extent that Plaintiff, Ameen Hakim shall recover from Defendant $3,392.00: $1000 in statutory damages; $1957 in attorney's fees; and $435 in costs.

3.   Plaintiff, Rosalie Hakim is **TERMINATED** from this case and her claims are **DENIED without prejudice**.

4.   The Clerk of Court is direct to enter judgment accordingly, terminate any pending motions and close this case.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of August, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record